**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**JOSE RIVERA,**

    **Plaintiff,**

v.     Case No.: 3:20-cv-417-J-39JRK

**APPFOLIO, INC.,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal (Doc. 6; Notice) filed on May 20, 2020. In the Notice, Plaintiff advises that pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure he voluntarily dismisses this action. See Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment.

Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED without prejudice.**

2. The Clerk of the Court is directed to close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this _22nd_ day of May, 2020.

_____
BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record
*ap*